

### ORDER

PER CURIAM.

AND NOW, this 2nd day of October, 1997, the Emergency Motion for Stay of Execution is granted pending final disposition by the United States Supreme Court of any timely filed petition for writ of certiorari.

Louis A. MEIER, M.D., Alphonse Digiovanni, M.D., Robert Driscoll, D.O., Arthur Martella, M.D., Appellants,

v.

Cynthia MALESKI, in her Official Capacity as Insurance Commissioner of the Commonwealth of Pennsylvania and Joseph Pulcini, in his Official Capacity as Director of the Medical Professional Liability Catastrophe Loss Fund, Appellees.

William Davy SMITH, M.D., Gordon Clement, M.D., George R. Homa, D.O., Ronald A. Leonard, M.D. and Elizabeth Sun, M.D., individually and as members and representatives of that class of Commonwealth of PA "health care providers" etc., Appellants,

v.

Thomas CALLAHAN, Bruce Daley, Joseph Pulcini, Thomas Judge, acting in their Official Capacities while serving as Directors of the Medical Professional Liability Catastrophe Loss Fund and Cynthia Maleski, Constance Foster, George Grode, acting in their Official Capacities while serving as Commissioners of Insurance for the Commonwealth of Pennsylvania 1986–94, Appellees.

Supreme Court of Pennsylvania.

Argued April 29, 1997.

Decided Oct. 3, 1997.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

### ORDER

PER CURIAM.

Order of the Commonwealth Court is affirmed.

NEWMAN, J., did not participate in the consideration or decision of this case.

NIGRO, J., dissents.

### In the Interest of M.W.

### Petition of COMMONWEALTH of COMMONWEALTH.

Supreme Court of Pennsylvania.

Oct. 16, 1997.

### ORDER

PER CURIAM.

AND NOW, this 16th day of October, 1997, we **Grant** the Petition for Allowance of Appeal for the following issues: